**Electronically Filed
Supreme Court
SCPW-24-0000110
22-APR-2025
02:18 PM
Dkt. 21 ODDP**

SCPW-24-0000110

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LEROY LEE BOLDEN,
Petitioner,

vs.

STATE OF HAWAIʻI,
Respondent.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of petitioner LeRoy Lee Bolden's (1) July 11, 2024 "Motion of Inmate Complaint," (2) July 24, 2024 "Inmate Complaint," and (3) April 16, 2025 "Motion of Inmate Complaint," which the court collectively construes as a petition for writ of mandamus, petitioner has not demonstrated a clear and indisputable right to relief and/or a lack of alternative means to obtain the relief sought. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, April 22, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens



2